UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:                      CHAPTER 13
                                               CASE NO. 14-58310-MAR
SHANNON SPEIGHT,                    JUDGE MARK A RANDON
Debtor.

_____/

## TRUSTEE'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

**NOW COMES** the Chapter 13 Trustee, Krispen S. Carroll, and objects to confirmation of the Chapter 13 Plan in the above matter pursuant to E. D. Mich. LBR 3015-3(a) as follows:

1. Trustee requires debtor provide copies of all 2014 W-2s/1099s and a copy of the 2014 income tax return.

2. Trustee requires debtor to remit the 2014 income tax refund to the Trustee by a date certain.

3. Trustee requires independent verification of debtor's support income.

4. Trustee requests that any Order Confirming Plan provide a date certain for the step payments proposed in Part II.B. of the Chapter 13 Plan.

5. Trustee questions the basis for the reduction in the last step payment in Part II.B. of the Chapter 13 Plan.

6. Trustee objects to debtor's failure to provide the property description in Class 6.1 of the Chapter 13 Plan and the reason for the direct payments.

7. Trustee objects to debtor's valuation of the 2001 Commander manufactured home as debtor testified at the § 341 First Meeting of Creditors that she just purchased the home for $35,000.00 in 2013.

8. Trustee requires an amended Schedule I to disclose debtor's occupation and account for contributions to a TESPHE which is reflected on debtor's pay stubs.

9. Trustee objects to debtor's failure to provide a value for her interest in the Ford pension.

10. Trustee requests documentation of the loan balance and payoff date for debtor's retirement loan.

11. The Trustee objects to the failure to provide for Augusta Woods Mobile Home Park and a complete address for the Internal Revenue Service on the Matrix and believes that creditors may not have been adequately advised of the pendency of these proceedings.

12. Based upon the pay stubs provided, it appears debtor has understated the income disclosed on Schedule I by $745.00 per month (average). Trustee requires debtor to file an amended Schedule I and increase the best effort accordingly.

13. Trustee requests 100% of the profit sharing/bonus checks to which debtor becomes entitled.

**WHEREFORE,** the Chapter 13 Trustee prays this Honorable Court deny confirmation of the debtor's Chapter 13 Plan.

OFFICE OF THE CHAPTER 13 TRUSTEE-DETROIT
Krispen S. Carroll, Chapter 13 Trustee

January 27, 2015            /s/ Margaret Conti Schmidt
KRISPEN S. CARROLL (P49817)
MARGARET CONTI SCHMIDT (P42945)
MARIA GOTSIS (P67107)
719 Griswold Street
Suite 1100
Detroit, MI 48226
(313) 962-5035
notice@det13ksc.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:          CHAPTER 13
         CASE NO. 14-58310-MAR
SHANNON SPEIGHT,          JUDGE MARK A RANDON
Debtor.
_____/

## CERTIFICATE OF MAILING

      I hereby certify that on the date indicated below, I electronically filed **TRUSTEE'S OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN** with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

WILLIAM C BABUT
700 TOWNER STE 1
YPSILANTI, MI 48198-5757

and I hereby certify that I have mailed by United States Postal Service the above mentioned documents to the following non-ECF participants:

SHANNON SPEIGHT
10834 ASHLEY CT
WILLIS, MI 48191-0000


January 28, 2015          /s/ Barbara A. Ecclestone
         Barbara A. Ecclestone
         For the Office of the Chapter 13 Trustee-Detroit
         719 Griswold Street
         Suite 1100
         Detroit, MI 48226
         (313) 962-5035
         notice@det13ksc.com