UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re: **Shannon Speight**

Debtor(s).
/

CHAPTER 13
CASE NO: **14-58310**
JUDGE **MARK A. RANDON**

## ORDER CONFIRMING PLAN

The Debtor(s)' Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest. Objections, if any, have been resolved. The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 USC §1325(a) are met.

Therefore, IT IS HEREBY ORDERED that the Debtor(s)' Chapter 13 plan, as last amended, if at all, is confirmed.

IT IS FURTHER ORDERED that the claim of **BABUT LAW OFFICE, P.L.L.C.**, Attorney for the Debtor(s), for the allowance of compensation and reimbursement of expenses is allowed in the total amount of $ **3,500.00** in fees and $ **0.00** in expenses, and that the portion of such claim which has not already been paid, to-wit: $ **3,000.00** shall be paid by the Trustee as an administrative expense of this case.

IT IS FURTHER ORDERED that the Debtor(s) shall maintain all policies of insurance on all property of the Debtor(s) and this estate as required by law and contract.

All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 USC §502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due the Clerk pursuant to statute.

IT IS FURTHER ORDERED as follows: [*Only provisions checked below apply*]

| | |
|---|---|
| X | The Debtor(s)' Plan shall continue for no less than **60** months. |
| X | Other: The Debtor shall remit to the Trustee $1714 of her 2014 Federal Income Tax Refund by July 30, 2015. |
| X | The lease with Augusta Woods Mobile Home Park expires 7/31/18. |
| X | The debtor's check in the amount of $210 shall post by 7/11/15. |
| X | The LQA base amount is $3,567.78. |
| X | The debtor shall amend schedule B to change the debtor's manufactured home value by 7/22/15. |
| X | The debtor's attorney shall provide a 1099-1 LBR Notice to Augusta Woods Mobile Homes Park by 7/22/15 or fees reduced by $200. |
| X | The debtor's plan payment shall increase to $76.41 weekly effective 7/8/15. Shall increase to $118.10 weekly effective 9/1/15, $143.11 weekly effective 3/1/16 and then $77.57 weekly effective 5/1/18. |

**Objections Withdrawn**

For Creditor _____

**Approved:**

/s/ Maria Gotsis
Maria Gotsis (P67107)
Attorney for Chapter 13 Standing Trustee
KRISPEN S. CARROLL (P49817)
719 Griswold Street
Suite 1100
Detroit, MI 48226
(313) 962-5035

/s/ Thomas Paluchniak
Thomas Paluchniak P70284
Babut Law Office, P.L.L.C.
Attorney for Debtor(s)
700 Towner Street
Ypsilanti, MI 48198
(734) 485-7000
tpaluchniak@babutlaw.com

.

**Signed on July 11, 2015**

　　　/s/ Mark A. Randon　_　__
**Mark A. Randon**
**United States Bankruptcy Judge**